UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TODD ELLSWORTH,

    Plaintiff,

v.                                    Case No:   2:13-cv-557-FtM-38CM

BONITA BRITISH OPEN, INC.,
d/b/a BRITISH OPEN PUB
RESTAURANT, BERNARD
NABBS, and PATRICIA ANN
NABBS,

    Defendants.

## ORDER

This cause is before the Court upon review of the parties' Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. #25) filed on January 23, 2014, and the FLSA Settlement Agreement and General Mutual Release (Doc. #25-1). The parties indicate they have reached a settlement of this case brought pursuant to the Fair Labor Standards Act and seek approval of the agreement and dismissal of the matter with prejudice.

The parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982). The Court is unable to make such determination unless the parties submit a copy of the proposed settlement agreement properly signed by all the parties thereto. *Id., see*

also *Heath v. Hard Rock Café Int'l (STP), Inc.*, 6:10-cv-344-Orl-28KRS, 2011 WL 5877506, at *6 n.1 (M.D. Fla. Oct. 28, 2011).

While the parties did provide a copy of the settlement agreement, the agreement was not properly signed by Bonita British Open, Inc. ("Bonita") on the signature line for the corporation (Doc. #25-1 at 3). Instead, a corporate representative of Bonita signed his name in the area below the signature line in which his name and title should have been printed or typewritten. Therefore, the request for settlement approval will be denied at this time. The parties may refile a joint motion to approve the settlement and include a copy of the settlement agreement properly signed by all parties thereto.

ACCORDINGLY, it is hereby

**ORDERED:**

Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Doc. #25) is **DENIED without prejudice.** The parties shall have up to and including **February 28, 2014**, to refile a joint motion to approve the settlement and include a copy of the settlement agreement properly signed by all parties.

**DONE** and **ORDERED** in Fort Myers, Florida on the 18th day of February, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies furnished to:
Counsel of record